No. 66316.—Quon Quon Co. et al. *v.* United States, protests 60/25223, etc. (Los Angeles).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of tile pictures in wood or metal frames similar in all material respects to those the subject of *Kreiss & Co., Ltd., et al.* v. *United States* (46 Cust. Ct. 236, C.D. 2261), the claim of the plaintiffs was sustained.

No. 66317.—The Asbury Graphite Mills, Inc. *v.* United States, protest 60/7298 (Philadelphia).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of amorphous graphite the same in all material respects as that the subject of *The Asbury Graphite Mills, Inc., et al.* v. *United States* (42 Cust. Ct. 141, C.D. 2077), the claim of the plaintiff was sustained.

No. 66318.—Pan Pacific Overseas Corp. *v.* United States, protest 58/14842 (New York).

Opinion by JOHNSON, J.   It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that "five gross of pencil sets (Art. No. 1099) in Case No. 17," reported by the inspector as manifested, not found, were not in fact received by the importer.   In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the five gross of pencil sets, which were reported by the inspector as manifested, not found.   The protest was sustained to this extent.